THE STATE EX REL. MARCUM, APPELLANT, *v.*
OVERBERG, CHIEF, ET AL., APPELLEES.

[Cite as *State ex rel. Marcum v. Overberg* (1994), 69 Ohio St.3d 698.]

(No. 94–20—Submitted June 15, 1994—Decided July 27, 1994.)

---

*Robert Marcum,* pro se.

*Lee I. Fisher*, Attorney General, and *William W. Patmon III*, Assistant Attorney General, for appellees.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.